UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAVARSKI MONTEZ SHEFFIELD,

    Plaintiff,

v.                                              Case No. 5:20-cv-224-TKW/MJF

PARKER POLICE DEPARTMENT, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for failure to pay the filing fee and failure to comply with court orders.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall close the case file.

**DONE AND ORDERED** this 26th day of April, 2021.

                                      *T. Kent Wetherell, II*
                                      **T. KENT WETHERELL, II**
                                      **UNITED STATES DISTRICT JUDGE**